HARVEY I. MARCUS ESQ
250 PEHLE AVENUE
SUITE 200
SADDLE BROOK, NJ 07663

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
**Chapter 13 Case # 15-19760**

Re: VINCENT T CONNER
BETTIE JO CONNER
1444 E 7TH ST
PLAINFIELD, NJ 07062

Atty: HARVEY I. MARCUS ESQ
250 PEHLE AVENUE
SUITE 200
SADDLE BROOK, NJ 07663

## RECEIPTS AS OF 12/31/2018

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/11/2015 | $200.00 | 17188634708 | 09/01/2015 | $200.00 | 17207453052 |
| 09/21/2015 | $200.00 | 17207453137 | 09/28/2015 | $200.00 | 17207453178 |
| 10/28/2015 | $100.00 | 17244039850 | 10/28/2015 | $100.00 | 17244039875 |
| 12/01/2015 | $200.00 | 17207293236 | 12/23/2015 | $200.00 | 17281896339 |
| 01/26/2016 | $200.00 | 17315169367 | 04/01/2016 | $200.00 | 17315169493 |
| 04/01/2016 | $200.00 | 17348700024 | 04/13/2016 | $448.00 | 17348700122 |
| 05/13/2016 | $458.00 | 17348700226 | 06/08/2016 | $448.00 | 17348700337 |
| 07/19/2016 | $458.00 | 17421036067 | 08/17/2016 | $458.00 | 17421036151 |
| 09/16/2016 | $458.00 | 17421036254 | 10/12/2016 | $458.00 | 17421036333 |
| 11/09/2016 | $458.00 | 17483950021 | 12/21/2016 | $458.00 | 24229308532 |
| 01/18/2017 | $458.00 | 24229315607 | 02/14/2017 | $458.00 | 17483950278 |
| 03/22/2017 | $458.00 | 17550927255 | 04/25/2017 | $458.00 | 17550927427 |
| 05/10/2017 | $458.00 | 24142083478 | 06/20/2017 | $458.00 | 17585510011 |
| 07/25/2017 | $458.00 | 17585510099 | 08/29/2017 | $458.00 | 17585510208 |
| 09/12/2017 | $458.00 | 17585510261 | 10/24/2017 | $458.00 | 17640214800 |
| 11/21/2017 | $458.00 | 17640215014 | 12/22/2017 | $458.00 | 17716788674 |
| 01/23/2018 | $458.00 | 24694366050 | 02/27/2018 | $458.00 | 24694390236 |
| 03/27/2018 | $458.00 | 24694397921 | 04/24/2018 | $458.00 | 24694390528 |
| 05/23/2018 | $458.00 | 25118364870 | 06/20/2018 | $458.00 | 25118369796 |
| 07/31/2018 | $458.00 | 25352130328 | 08/28/2018 | $458.00 | 25266761886 |
| 09/25/2018 | $458.00 | 24694357702 | 10/23/2018 | $458.00 | 25463536582 |
| 11/21/2018 | $458.00 | 25352498182 | 12/18/2018 | $458.00 | 25419427536 |

**Total Receipts: $17,094.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $17,094.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BAYVIEW LOAN SERVICING, LLC | | | | | | |
| | 12/19/2016 | $318.52 | 769,968 | 02/21/2017 | $231.48 | 773,786 |
| CAPITAL ONE BANK | | | | | | |
| | 02/21/2017 | $60.07 | 773,839 | 02/21/2017 | $28.58 | 773,839 |
| | 04/14/2017 | $50.71 | 777,593 | 04/14/2017 | $24.13 | 777,593 |
| | 05/15/2017 | $44.97 | 779,484 | 05/15/2017 | $21.40 | 779,484 |
| | 06/19/2017 | $89.96 | 781,459 | 06/19/2017 | $42.81 | 781,459 |

**Chapter 13 Case # 15-19760**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 07/17/2017 | $44.98 | 783,499 | 07/17/2017 | $21.39 | 783,499 |
| | 08/14/2017 | $44.99 | 785,276 | 08/14/2017 | $21.41 | 785,276 |
| | 09/25/2017 | $44.97 | 787,184 | 09/25/2017 | $21.39 | 787,184 |
| | 10/16/2017 | $46.84 | 789,114 | 10/16/2017 | $22.30 | 789,114 |
| | 11/20/2017 | $44.99 | 790,772 | 11/20/2017 | $21.40 | 790,772 |
| | 12/18/2017 | $44.98 | 792,729 | 12/18/2017 | $21.40 | 792,729 |
| | 01/22/2018 | $44.98 | 794,550 | 01/22/2018 | $21.40 | 794,550 |
| | 02/20/2018 | $44.97 | 796,479 | 02/20/2018 | $21.41 | 796,479 |
| | 03/19/2018 | $44.98 | 798,289 | 03/19/2018 | $21.39 | 798,289 |
| | 04/16/2018 | $44.98 | 800,168 | 04/16/2018 | $21.40 | 800,168 |
| | 05/14/2018 | $45.22 | 802,077 | 05/14/2018 | $21.52 | 802,077 |
| | 06/18/2018 | $45.21 | 803,983 | 06/18/2018 | $21.51 | 803,983 |
| | 07/16/2018 | $45.22 | 805,968 | 07/16/2018 | $21.52 | 805,968 |
| | 08/20/2018 | $45.22 | 807,874 | 08/20/2018 | $21.52 | 807,874 |
| | 09/17/2018 | $46.37 | 809,841 | 09/17/2018 | $22.05 | 809,841 |
| | 10/22/2018 | $46.36 | 811,767 | 10/22/2018 | $22.07 | 811,767 |
| | 11/19/2018 | $45.07 | 813,729 | 11/19/2018 | $21.44 | 813,729 |
| | 12/17/2018 | $45.08 | 815,617 | 12/17/2018 | $21.45 | 815,617 |
| CAPITAL ONE NA | | | | | | |
| | 02/21/2017 | $18.88 | 8,000,239 | 04/14/2017 | $15.94 | 8,000,267 |
| | 05/15/2017 | $14.13 | 8,000,290 | 06/19/2017 | $28.28 | 8,000,303 |
| | 07/17/2017 | $14.14 | 8,000,321 | 08/14/2017 | $14.13 | 8,000,338 |
| | 09/25/2017 | $14.14 | 8,000,351 | 10/16/2017 | $14.73 | 8,000,366 |
| | 11/20/2017 | $14.13 | 8,000,382 | 12/18/2017 | $14.14 | 8,000,397 |
| | 01/22/2018 | $14.13 | 8,000,415 | 02/20/2018 | $14.14 | 8,000,433 |
| | 03/19/2018 | $14.13 | 8,000,465 | 04/16/2018 | $14.14 | 8,000,502 |
| | 05/14/2018 | $14.21 | 8,000,538 | 06/18/2018 | $14.22 | 8,000,576 |
| | 07/16/2018 | $14.21 | 8,000,617 | 08/20/2018 | $14.21 | 8,000,653 |
| | 09/17/2018 | $14.58 | 8,000,694 | 10/22/2018 | $14.57 | 8,000,728 |
| | 11/19/2018 | $14.17 | 8,000,770 | 12/17/2018 | $14.16 | 8,000,809 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 02/21/2017 | $13.76 | 774,542 | 02/21/2017 | $17.16 | 774,542 |
| | 04/14/2017 | $11.62 | 778,230 | 04/14/2017 | $14.48 | 778,230 |
| | 05/15/2017 | $10.30 | 780,118 | 05/15/2017 | $12.86 | 780,118 |
| | 06/19/2017 | $20.62 | 782,115 | 06/19/2017 | $25.69 | 782,115 |
| | 07/17/2017 | $10.30 | 784,054 | 07/17/2017 | $12.86 | 784,054 |
| | 08/14/2017 | $10.30 | 785,854 | 08/14/2017 | $12.85 | 785,854 |
| | 09/25/2017 | $10.30 | 787,795 | 09/25/2017 | $12.84 | 787,795 |
| | 10/16/2017 | $10.74 | 789,577 | 10/16/2017 | $13.39 | 789,577 |
| | 11/20/2017 | $10.30 | 791,348 | 11/20/2017 | $12.84 | 791,348 |
| | 12/18/2017 | $10.30 | 793,256 | 12/18/2017 | $12.86 | 793,256 |
| | 01/22/2018 | $10.31 | 795,097 | 01/22/2018 | $12.84 | 795,097 |
| | 02/20/2018 | $10.30 | 8,000,429 | 02/20/2018 | $12.86 | 8,000,429 |
| | 03/19/2018 | $10.31 | 8,000,461 | 03/19/2018 | $12.84 | 8,000,461 |
| | 04/16/2018 | $10.30 | 8,000,497 | 04/16/2018 | $12.85 | 8,000,497 |
| | 05/14/2018 | $10.36 | 8,000,534 | 05/14/2018 | $12.92 | 8,000,534 |
| | 06/18/2018 | $10.36 | 8,000,573 | 06/18/2018 | $12.92 | 8,000,573 |
| | 07/16/2018 | $10.36 | 8,000,615 | 07/16/2018 | $12.92 | 8,000,615 |
| | 08/20/2018 | $10.36 | 8,000,651 | 08/20/2018 | $12.91 | 8,000,651 |
| | 09/17/2018 | $10.62 | 8,000,689 | 09/17/2018 | $13.25 | 8,000,689 |
| | 10/22/2018 | $10.63 | 8,000,727 | 10/22/2018 | $13.24 | 8,000,727 |
| | 11/19/2018 | $10.32 | 8,000,769 | 11/19/2018 | $12.88 | 8,000,769 |
| | 12/17/2018 | $10.32 | 8,000,808 | 12/17/2018 | $12.88 | 8,000,808 |
| PSE&G | | | | | | |
| | 02/21/2017 | $393.37 | 774,561 | 04/14/2017 | $332.01 | 778,247 |
| | 05/15/2017 | $294.53 | 780,131 | 06/19/2017 | $589.04 | 782,132 |
| | 07/17/2017 | $294.53 | 784,067 | 08/14/2017 | $294.52 | 785,867 |
| | 09/25/2017 | $294.53 | 787,808 | 10/03/2017 | ($589.04) | 782,132 |
| | 10/16/2017 | $895.77 | 789,587 | 11/06/2017 | ($294.53) | 784,067 |

**Chapter 13 Case # 15-19760**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | |
| | 02/21/2017 | $33.81 | 774,577 | 02/21/2017 | $9.98 | 774,577 |
| | 04/14/2017 | $28.53 | 778,266 | 04/14/2017 | $8.42 | 778,266 |
| | 05/15/2017 | $7.48 | 780,148 | 05/15/2017 | $25.32 | 780,148 |
| | 06/19/2017 | $14.94 | 782,151 | 06/19/2017 | $50.62 | 782,151 |
| | 07/17/2017 | $7.48 | 784,085 | 07/17/2017 | $25.31 | 784,085 |
| | 08/14/2017 | $7.47 | 785,885 | 08/14/2017 | $25.31 | 785,885 |
| | 09/25/2017 | $7.48 | 787,825 | 09/25/2017 | $25.31 | 787,825 |
| | 10/16/2017 | $26.37 | 789,603 | 10/16/2017 | $7.78 | 789,603 |
| | 11/20/2017 | $7.47 | 791,376 | 11/20/2017 | $25.31 | 791,376 |
| | 12/18/2017 | $7.47 | 793,286 | 12/18/2017 | $25.31 | 793,286 |
| | 01/22/2018 | $25.31 | 795,127 | 01/22/2018 | $7.48 | 795,127 |
| | 02/20/2018 | $25.32 | 797,015 | 02/20/2018 | $7.47 | 797,015 |
| | 03/19/2018 | $25.30 | 798,851 | 03/19/2018 | $7.48 | 798,851 |
| | 04/16/2018 | $25.32 | 800,711 | 04/16/2018 | $7.47 | 800,711 |
| | 05/14/2018 | $25.45 | 802,630 | 05/14/2018 | $7.51 | 802,630 |
| | 06/18/2018 | $25.44 | 804,561 | 06/18/2018 | $7.51 | 804,561 |
| | 07/16/2018 | $7.52 | 806,507 | 07/16/2018 | $25.44 | 806,507 |
| | 08/20/2018 | $7.51 | 808,455 | 08/20/2018 | $25.46 | 808,455 |
| | 09/17/2018 | $26.08 | 810,395 | 09/17/2018 | $7.71 | 810,395 |
| | 10/22/2018 | $26.10 | 812,344 | 10/22/2018 | $7.70 | 812,344 |
| | 11/19/2018 | $25.37 | 814,263 | 11/19/2018 | $7.49 | 814,263 |
| | 12/17/2018 | $25.36 | 816,158 | 12/17/2018 | $7.49 | 816,158 |
| STATE OF NJ | | | | | | |
| | 02/21/2017 | $54.86 | 774,889 | 04/12/2017 | ($54.86) | 774,889 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 945.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,025.00 | 100.00% | 5,025.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | QUANTUM3 GROUP LLC | UNSECURED | 256.23 | 100.00% | 183.80 | 72.43 |
| 0004 | US BANK TRUST NATIONAL ASSOCIATIO | MORTGAGE ARRI | 550.00 | 100.00% | 550.00 | 0.00 |
| 0006 | CAPITAL ONE BANK | UNSECURED | 1,542.13 | 100.00% | 1,106.19 | 435.94 |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 867.84 | 100.00% | 622.51 | 245.33 |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 353.29 | 100.00% | 253.43 | 99.86 |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 440.55 | 100.00% | 316.02 | 124.53 |
| 0013 | CAPITAL ONE NA | UNSECURED | 484.69 | 100.00% | 347.68 | 137.01 |
| 0015 | SA-VIT ENTERPRISES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | THE CENTER FOR AMBULATORY SURGEI | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | CAPITAL ONE BANK | UNSECURED | 733.76 | 100.00% | 526.34 | 207.42 |
| 0021 | PSE&G | UNSECURED | 10,097.91 | 100.00% | 2,504.73 | 7,593.18 |
| 0022 | PSE&G | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | STATE OF NJ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $12,381.45**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $17,094.00 - Paid to Claims: $6,410.70 - Admin Costs Paid: $5,970.75 = Funds on Hand: $5,170.55

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.