| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Harvey I. Marcus (21758)<br>250 Pehle Avenue, Suite 200<br>Saddle Brook, NJ 07663<br>him@lawmarcus.com<br>Tel. 800-792-5500<br>Fax. 888-565-0403<br>Attorney for Debtor(s) | **Order Filed on October 24, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No. 15-19760<br><br>Adv. No.<br><br>Hearing Date: October 17, 2019<br>Judge: Vincent F Papalia |
| In Re:<br><br>Vincent T Conner and<br>Bettie Jo Conner,<br>       Debtor(s). | |

**ORDER**
Withdrawing as Attorney

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: October 24, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

04/08/02

**(Page 2)**
Debtor(s): Vincent T Conner and Bettie Jo Conner
Case No: 15-19760
Caption of Order: Order Withdrawing as Attorney

    Upon consideration of the request by Harvey I. Marcus Attorney for Debtor(s) for an Order authorizing him to withdraw as Attorney for Debtor(s) and good cause appearing therefore, it is hereby

    **ORDERED** that Harvey I. Marcus is authorized to withdraw as Attorney for Debtor(s) effective upon the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-19760-VFP
Vincent T Conner                                                        Chapter 13
Bettie Jo Conner
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Oct 24, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db/jdb         +Vincent T Conner,   Bettie Jo Conner,   1444 E 7th St,   Plainfield, NJ 07062-1942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Celine P. Derkrikorian     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC njecfmail@mwc-law.com
          Celine P. Derkrikorian     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company njecfmail@mwc-law.com
          Harvey I. Marcus    on behalf of Debtor Vincent T Conner him@lawmarcus.com
          Harvey I. Marcus    on behalf of Joint Debtor Bettie Jo Conner him@lawmarcus.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association as Trustee
           for GIFM Holdings Trust kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          R. A. Lebron   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                              TOTAL: 10