Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−19760−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent T Conner | Bettie Jo Conner |
| aka Vincet Terrell Conner | aka Bettie Jo Gunnell−Conner |
| 1444 E 7th St | 1444 E 7th St |
| Plainfield, NJ 07062 | Plainfield, NJ 07062 |

Social Security No.:
   xxx−xx−1996                                          xxx−xx−4253

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 13, 2019</u>                    <u>Vincent F. Papalia</u>
                                                   Judge, United States Bankruptcy Court