UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Vincent T. & Bettie Jo Conner

Case No.:     15-19760 VFP

Chapter:     13

Hearing Date: _____

Judge:     Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: March 21, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

   The court having heard the motion filed by _____Dilks & Knopik, LLC_____, and any objections filed, it is

   ORDERED that the motion is GRANTED and the amount of _____$7,593.18_____ will be forwarded to _____Dilks & Knopik, LLC_____ at the following address:

  Dilks & Knopik, LLC

  35308 SE Center Street

  Snoqualmie WA 98065

  _____

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 15-19760-VFP

Vincent T Conner  Chapter 13

Bettie Jo Conner

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Mar 21, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent T Conner, Bettie Jo Conner, 1444 E 7th St, Plainfield, NJ 07062-1942 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor BAYVIEW LOAN SERVICING LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Bank of America N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Celine P. Derkrikorian | on behalf of Creditor BAYVIEW LOAN SERVICING LLC njecfmail@mwc-law.com |
| Celine P. Derkrikorian | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company njecfmail@mwc-law.com |
| Jason Brett Schwartz | on behalf of Creditor Dilks & Knopik LLC jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust kmcdonald@blankrome.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| R. A. Lebron | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com |

TOTAL: 9